FILED

SEP 16 2026

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:26-cr-116 |
| v. | ) | INDICTMENT |
| QUINTIN LATRELL EVANS, | ) | T. 18 U.S.C. § 922(g)(1) |
| | ) | T. 18 U.S.C. § 922(g)(9) |
| Defendant. | ) | T. 18 U.S.C. § 924(a)(8) |
| | ) | T. 18 U.S.C. § 924(d) |
| | ) | T. 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Prohibited Person in Possession of a Firearm)**

On or about June 1, 2026, in the Southern District of Iowa, the defendant, QUINTIN LATRELL EVANS, in and affecting commerce, knowingly possessed a firearm, namely: a loaded Geisler Defence, model 1917, nine-millimeter pistol, with no serial number. At the time of the offense, the defendant knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year and had been convicted of a misdemeanor crime of domestic violence.

This is a violation of Title 18, United States Code, Sections 922(g)(1), 922(g)(9), and 924(a)(8).

**THE GRAND JURY FINDS:**

**NOTICE OF FORFEITURE**

Upon conviction for the offense alleged in Count 1 of this Indictment, the defendant, QUINTIN LATRELL EVANS, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offenses, including, but not limited to, the firearm and ammunition identified in Count 1 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

**A TRUE BILL.**

FOREPERSON

David C. Waterman
United States Attorney

By: Douglas D. Hammerand
Douglas D. Hammerand
Assistant United States Attorney